UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 3:22-cr-135

vs.

CHRISTOPHER RUTTER,                    District Judge Michael J. Newman

    Defendant.

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 33)**

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 33. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as to Counts One and Two of the Information, charging him with: (1) having previously been convicted under the laws of any State relating to sexual abuse, knowingly distributing any visual depiction using any means and facility of interstate commerce; the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct; and such visual depiction was of such conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1); and (2) having previously been convicted under the laws of any State relating to sexual abuse, knowingly distributing any visual depiction using any means and facility of interstate commerce; the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct; and such visual depiction was of such conduct, including at least one visual depiction involving a prepubescent minor, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2). Doc. No. 27. The Court will defer the decision of whether to

accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

  March 10, 2023                                     s/ Michael J. Newman
                                                                                   Hon. Michael J. Newman
                                                                                   United States District Judge